*E-Filed 1/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY GLOVER, | No. C 10-5394 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| FEDERAL DISTRICT COURT, | |
|     Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file within 30 days (1) a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00, or, failing completion of either action, face dismissal of the action. More than 30 days have passed, and petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to petitioner filing an IFP application or paying the filing fee. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: January 7, 2011

                                              RICHARD SEEBORG
                                              United States District Judge